FILED
CLERK, U.S. DISTRICT COURT

AUG 2 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY AMARKARIAN, | ) | NO. CV 08-980-PSG(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| THE CITY OF GLENDALE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that Defendants' motion for summary judgment is granted and judgment is entered in favor of Defendants.

DATED:     8/25                    , 2009.


_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE